# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 17-3225

———————————————

Terry L. Thompson

*Plaintiff - Appellant*

v.

Josh Klimek, Unit Manager; Diane Romkema, Case Manager; Jerrame Larsen, D-H-O Hearing Officer; Lee Kaufenberg, Correctional Officer, in their individual and official capacities

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

——————————

Submitted: June 26, 2018
Filed: June 29, 2018
[Unpublished]

——————————

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

South Dakota inmate Terry Thompson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we conclude the district court properly granted summary judgment. See South Dakota v. U.S. Dep't of Interior, 423 F.3d 790, 794 (8th Cir. 2007) (de novo standard of review); Dulany v. Carnahan, 132 F.3d 1234, 1240-41 (8th Cir. 1997) (to prove deliberate indifference to serious medical need, inmate must show treatment was so inappropriate as to evidence intentional maltreatment or refusal to provide essential care); see also Sanders v. Hobbs, 773 F.3d 186, 190 (8th Cir. 2014) (defendant may successfully defend retaliation claim by showing some evidence that inmate actually committed rule violation).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Veronica L. Duffy, United States Magistrate Judge for the District of South Dakota.